# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY,<br><br>    Plaintiff,<br><br>v.<br><br>C/O MINOR ADAMS, et al.,<br><br>    Defendants. | 3:17-cv-00390-RCJ-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice that Plaintiff has been moved. (ECF No. 41.) Plaintiff has not filed an updated address notification with the court informing the court of his current address. The court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court within **thirty (30) days** from the date of this order.

DATED: March 3, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**