AARON D. FORD
  Attorney General
DAVID A. BAILEY, Bar No. 13661
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail:  dabailey@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN ALMY,

                          Plaintiff,

v.

ADAMS, et al.,

                          Defendants.

Case No.  3:17-cv-00390-RCJ-CSD

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME
TO SUBMIT STIPULATION TO
DISMISS**

　　　Aaron D. Ford, Attorney General of the State of Nevada, and David A. Bailey, Deputy Attorney General, appearing under their Limited Notice of Appearance, hereby submit this motion requesting an additional 30 days to submit the stipulation to dismiss this case.  This request is made and based on the attached points and authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

　　　Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) "Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate [] conduct. Id. (citing *Mazzeo v. Gibbons*, No. 2:08–cv01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).

LR IA 6-1 discusses requests for continuances.  The rule states:

> (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.")

This is the first request, and is requested for good cause.  During a telephonic meet-and-confer on May 27, 2022, Undersigned Counsel confirmed Plaintiff had not received a copy of the proposed stipulation to dismiss despite it being mailed and emailed to Plaintiff on May 3, 2022.  Undersigned counsel will caused another copy to be mailed to Plaintiff. The deadline to submit the stipulation to dismiss is June 3, 2022.  ECF No. 53.

Therefore, the parties request an additional 30 days to file their stipulation to dismiss this case, which would then be due on **July 5, 2022**, after adjusting for two court-non-business days.  *See* FED. R. CIV. P. 6(a)(1)(C).

DATED this 30th day of May 2022.

AARON D. FORD
Attorney General

By:   */s/ David A. Bailey*
DAVID A. BAILEY, Bar No. 13661
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED:  June 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE