1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10   KEVIN ALMY,
                                                   Case No.  3:17-cv-00390-RCJ-CSD
11                          Plaintiff,

12   v.                                                         **ORDER TO**
                                                   **DISMISS WITH PREJUDICE**
13   MINOR ADAMS, et al.,

14                          Defendants.

15

16        IT IS HEREBY STIPULATED by and between Kevin Almy, in proper person,

17   and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State

18   of Nevada, and David A. Bailey, Deputy Attorney General, that the above-captioned

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  action should be dismissed with prejudice by order of the Court, with each party to bear

2  its own costs and attorney fees in connection with this action.

3

4

5  DATED this _____ day of May 2022.   DATED this _13th_ day of May 2022.

6                                       AARON D. FORD
                                        Attorney General
7

8  By: _Kevin Almey_____           By: _____ Lorin M. Taylor, Bar No. 14958
       Kevin Almy                           ~~David A. Bailey, Bar No. 13661~~
9      Plaintiff, *Pro Se*                  Deputy Attorney General

10                                      *Attorneys for Defendants under*
                                        *Limited Notice of Appearance for*
11                                      *Settlement Discussions only*

12

13

14                                      **IT IS SO ORDERED**

15

16                                      **U.S. DISTRICT JUDGE**

17                                      **DATED:** _June 14, 2022_____

18

19

20

21

22

23

24

25

26

27

28